UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE** |
| - v. - | : | 19 Cr. 281 (LGS) |
| LINCOLN ACOSTA, | : | |
| DEFENDANT. | : | |

------------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed declarations of Sarah Baumgartel, Esq. and Lincoln Acosta, and the attached exhibits and memorandum of law, the undersigned will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth and Fifth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such further relief as the Court deems proper.

Dated:    New York, New York
          August 2, 2019

                              Respectfully submitted,
                              Federal Defenders of New York, Inc.

                         By:__/s/ Sarah Baumgartel_____
                              Sarah Baumgartel, Esq.
                              52 Duane Street, 10th Floor
                              New York, New York  10007
                              Tel.: (212) 417-8772