USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE** |
| - v. - | : | 19 Cr. 281 (LGS) |
| LINCOLN ACOSTA, | : | |
| DEFENDANT. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE, that upon the annexed declarations of Sarah Baumgartel, Esq. and Lincoln Acosta, and the attached exhibits and memorandum of law, the undersigned will move this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, suppressing evidence obtained in violation of the Fourth and Fifth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such further relief as the Court deems proper.

Dated:   New York, New York
         August 2, 2019

Respectfully submitted,
Federal Defenders of New York, Inc.

By:__/s/ Sarah Baumgartel_____
    Sarah Baumgartel, Esq.
    52 Duane Street, 10th Floor
    New York, New York  10007
    Tel.: (212) 417-8772

This motion is DENIED as moot.  The Cler of the Court is directed to terminate the letter motion at docket  number 14.

Dated: December 5, 2019
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE