```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                          Plaintiff,          :
                                              :          19 Cr. 281 (LGS)
            -against-                         :
                                              :          SCHEDULING ORDER
LINCOLN ACOSTA,                               :
                          Defendant,          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Lincoln Acosta's sentencing hearing shall be held on **March 24, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **March 2, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **March 5, 2020.**

Dated: December 6, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE