# LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

April 26, 2020

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> Application Granted.  Defendant Acosta's sentencing hearing is adjourned to July 23, 2020 at 2:00 p.m.  Defendant's submission shall be filed by June 29, 2020.  The Government's submission shall be field by July 2, 2020.  The Clerk of the Court is directed to terminate the letter motion at docket number 38.
>
> Dated: April 28, 2020
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:  United States v. Lincoln Acosta
     19 CR 281 (LGS)

Dear Judge Schofield:

    By this letter motion I respectfully seek an adjournment of the sentencing date in this case (currently May 19, 2020) and a corresponding adjournment of the due date for submission of Mr. Acosta's sentencing memorandum. Assistant United States Attorney Daniel Nessim does not object to the application.

    Due to the COVID-19 pandemic, legal visitation with my client has been foreclosed since mid-March and communication with my client virtually impossible. (Even before that, legal visitation was suspended for an extended period due to unrelated security issues.) I have not reviewed the final Presentence Report with him; neither have I been able to complete his sentencing memorandum, which is due tomorrow.

    Accordingly, the defense is not prepared to proceed to sentencing on the current schedule, and respectfully seeks a further adjournment to a date convenient to the court sufficiently in the future to permit adequate preparation.

Sincerely,

David Wikstrom