UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,            :
                    Plaintiff,   :
:   19 Cr. 281 (LGS)
        -against-              :
:   <u>ORDER</u>
LINCOLN ACOSTA,                      :
                  Defendant,   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS Defendant's sentencing submission was due on June 29, 2020 and no submission has been filed. It is hereby

    **ORDERED** that Defendant shall file his submission ASAP but no later than **July 6, 2020.** The Government's submission, of any, shall be filed by **July 9, 2020**.

Dated: June 30, 2020
       New York, New York

                                                   LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE