LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 26, 2020

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: United States v. Lincoln Acosta
    19 CR 281 (LGS)

Dear Judge Schofield:

By this letter motion I respectfully seek an adjournment of Mr. Acosta's sentencing from its present date, September 10, 2020, for a period of 60 days. Assistant United States Attorney Alexandra Rothman does not object to the application.

The situation with Mr. Acosta has not changed since my July 1st application for the same relief. I have not been able to meet with Mr. Acosta, nor have unmonitored phone conversations, since mid-February 2020. I have not reviewed the final Presentence Report with him; neither have I been able to complete his sentencing submission.

Accordingly the defense is not prepared to proceed to sentencing on the current schedule, and respectfully seeks a further adjournment to a date convenient to the Court approximately 60 days hence. I wish to note that on whatever day the Court selects, it is the preference of my client, as well as that of his family, to have an in-person sentencing proceeding.

Sincerely,

David Wikstrom

Application Granted.  Defendant Acosta's sentencing hearing is adjourned to **November 12, 2020 at 11:00 a.m.**  Defendant's submission shall be filed by **October 19, 2020**.  The Government's submission shall be filed by **October 22, 2020**.  The Clerk of the Court is directed to terminate the letter motion at docket number 44.

Dated: August 27, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE