LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

Feb. 15, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re: United States v. Lincoln Acosta
19 CR 281 (LGS)

Dear Judge Schofield:

By this letter motion I respectfully seek an adjournment of Mr. Acosta's sentencing from its present date, February 18, 2020, for a period of 60 days. Assistant United States Attorney Alexandra Rothman does not object to the application.

I have not been able to meet with Mr. Acosta since mid-February 2020. MCC visitation was suspended then, and remained under suspension into September, by which time Mr. Acosta had been moved to the Westchester County Jail; he was subsequently relocated to the Orange County Jail, where he remains. He has since been moved to the Orange County Jail which do no I am attempting. As of today, I have not been to have a private conversation with my client. I have not reviewed the final Presentence Report with him; neither have I been able to complete his sentencing submission.

Accordingly the defense is not prepared to proceed to sentencing on the current schedule, and respectfully seeks a further adjournment to a date convenient to the Court approximately 60 days hence. I apologize to the Court for any inconvenience caused by filing this letter motion belatedly.

Application Granted. Defendant Lincoln Acosta's sentencing hearing is adjourned to **April 20, 2021 at 11:00 a.m**.  Defendant's pre-sentencing submission shall be filed on or before March 29, 2021.  The Clerk of the Court is directed to terminate the letter motion at docket number 49.

Dated: February 17, 2021
New York, New York

Sincerely,

David Wikstrom

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**