UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
 UNITED STATES OF AMERICA,                    :
                              Plaintiff,      :
                                              :         19 Cr. 281 (LGS)
               -against-                      :
                                              :         ORDER
 LINCOLN ACOSTA,                              :
                              Defendant,      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for April 20, 2021.

WHEREAS Defendant has not submitted a sentencing submission.  It is hereby

**ORDERED** that Defendant shall file his sentencing submission on or before **May 3, 2021**.  It is further

**ORDERED** that the sentencing hearing is adjourned to **May 24, 2021, at 11:30 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse.  Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.

Dated: April 14, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE