LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 13, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

   Re: United States v. Lincoln Acosta
     19 CR 281 (LGS)

Dear Judge Schofield:

 I represent the Defendant Lincoln Acosta. By this letter I seek the withdrawal of Mr. Acosta's *pro se* motion of October 5, 2021 (ECF No. 56), which sought the return of property under Rule 41, F.R.Cr.P.

 The items Mr. Acosta sought the return of have in fact already been returned. The motion is therefore withdrawn as moot.

          Respectfully submitted,

          David Wikstrom

Application Granted.  The Clerk of the Court is directed to terminate the motion at docket number 56 and 58.

Dated: October 14, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**